U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| John A. Griffin<br>v.<br>Tanya Griffin | FILED: JUNE 9, 2008<br>08CV3323<br>JUDGE COAR<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PH
John A. Griffin

| | |
|---|---|
| NAME (Type or print)<br>Monica Maria Tynan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Monica Maria Tynan | |
| FIRM<br>Quarles & Brady LLP | |
| STREET ADDRESS<br>500 West Madison Street, 37th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60661-2511 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06210307 | TELEPHONE NUMBER<br>312-715-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |