## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3323 | **DATE** | 6/12/2008 |
| **CASE TITLE** | John A. Griffin vs. Tanya Griffin | | |

**DOCKET ENTRY TEXT**

The request of the Monica Tynan, attorney for the petitioner, to delete and purge copies of the birth certificates from the public record is granted. Copies of any birth certificates that area attached to the Petition for the return of children, which include   exhibits, # 1-C-1 and the birth certificates   that are attached  to the affidavit of John A. Griffin are to be purged from the public docket. The Clerk's office is given leave to delete exhibits, # 1-C-1 and the birth certificates only    that are attached  to the affidavit of John A. Griffin.            /s/David H. Coar,

David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|