AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

John A. Griffin

V.

Tanya Griffin

CASE NUMBER: 08 cv 3323

ASSIGNED JUDGE: David H. Coar

DESIGNATED MAGISTRATE JUDGE: Michael T. Mason

TO: (Name and address of Defendant)

Tanya Griffin
343 6th Street
LaGrange, IL 60525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Monica Marie Tynan, Esq.
Steven Vertel Hunter, Esq.
Quarles & Brady LLP
500 West Madison Street, 37th Floor
Chicago, IL 60661-2511

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*)Cervantes*

---
(By) DEPUTY CLERK

June 10, 2008
---
Date

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**John A. Griffin,**

        Plaintiff(s),

vs.

**Tanya Griffin,**

        Defendant(s).

**Case No.: 08 CV 3323**

**AFFIDAVIT OF SERVICE**

I, Jason P. Bobor, being first duly sworn on oath, depose and say the following:

I am a registered employee of an Illinois private detective agency licensed by the Illinois Department of Financial and Professional Regulation and thereby authorized to serve process within the State of Illinois pursuant to 735 ILCS 5/2-202(a). Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this affidavit are true and correct.

On June 12, 2008 at 10:00 PM, I served the within Summons and Petition for Return of Children to Petitioner Pursuant to the Hague Convention on the Civil Aspects of Intentional Child Abduction, Intentional Child Abduction Act and the Uniform Child Custody Jurisdiction and Enforcement Act. on Tanya Griffin in the following manner:

**Personal Service:** By leaving a copy of the Summons and Petition for Return of Children to Petitioner Pursuant to the Hague Convention on the Civil Aspects of Intentional Child Abduction, Intentional Child Abduction Act and the Uniform Child Custody Jurisdiction and Enforcement Act. with Tanya Griffin personally.

Tanya Griffin was served at 343 6th Street, LaGrange, IL 60525.

Tanya Griffin is described as follows:

Sex: Female – Race: Caucasian – Approximate Age: 40

Signed and sworn to before me on
this 24th day of June, 2008.

X_____
Jason P. Bobor
License(s): Process Server

_____
NotaryPublic

All American Attorney Services
1042 Maple Ave, Suite 150
Lisle, IL 60531
(877) 644-3214

OFFICIAL SEAL
JASON E. LANING
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 22, 2009



1591