**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:   08 cv 3323

John A. Griffin

V.

Tanya Griffin

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Tanya Griffin, Respondent

FILED
JUL - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Nancy C. Murphy |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM   Nancy C. Murphy & Associates |
|---|

| STREET ADDRESS   111 N. Wabash Avenue- Penthouse, Chicago, IL 60602 |
|---|

| CITY/STATE/ZIP   Chicago, IL 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6202774 | TELEPHONE NUMBER 312-922-2121 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |
|---|

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|---|
| RETAINED COUNSEL                         APPOINTED COUNSEL |