IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN A. GRIFFIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 08 C 3323 |
| ) | |
| TANYA GRIFFIN ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF MOTION**

TO:   Nancy C. Murphy & Associates
    111 North Wabash, Suite 2118
    Chicago, IL  60602

    PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any Judge who may be sitting in his place and stead, in Courtroom 1419, in the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Motion to Dismiss Answer to Petition,** a copy of which is hereby served upon you.

Dated: July 28, 2008

                    Respectfully submitted:

                    /s/ Steven V. Hunter
                    By one of the attorneys for Petitioner
                    John A. Griffin

Monica Maria Tynan, ARDC # 06210307
mtynan@quarles.com
Steven V. Hunter, ARDC # 6277695
shunter@quarles.com
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
(312) 715-5000

QBACTIVE\090022.01134\6339472.1

**CERTIFICATE OF SERVICE**

  I, Steven V. Hunter, an attorney of record, hereby certify that on the 28th day of July, 2008, a copy of the foregoing Notice of Motion and Motion to Strike Answer to Petition and Memorandum in Support of Motion to Strike Answer to Petition were filed electronically using the Court's CM/ECF system. Notice of this filing will be served upon:

    Nancy C. Murphy & Associates
    111 North Wabash, Suite 2118
    Chicago, IL  60602
    Facsimile:  312.922.3045

by causing same to be placed in a properly addressed envelope, first class postage prepaid and depositing same in a United States mail depository located at 500 West Madison Street, Chicago, Illinois, on this 28th day of July, 2008.

           /s/ Steven V. Hunter
           Steven V. Hunter

QBACTIVE\090022.01134\6339472.1