IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN GRIFFIN, )<br>)<br>      **Petitioner,** )<br>)<br>      v. )<br>)<br>TANYA GRIFFIN, )<br>)<br>      **Respondent.** ) | Case No. 08 C 3323 |

**UNOPPOSED MOTION TO EXTEND THE TIME
TO FILE RULE 16 SCHEDULING MEMORANDUM**

Petitioner , John A. Griffin, moves under Fed. R. Civ. P. 6(b) to extend the time for the parties to file their Rule 16 Scheduling Memorandum and states in support:

1. The initial case management conference in this case was held on August 14, 2008. Counsel for the Respondent was unavailable for the initial case management conference.

2. On August 14, 2008, this Court entered an order setting the case for a Scheduling Conference on August 26, 2008.

3. Since the initial case management conference, Petitioner's counsel has been in contact with Respondent's counsel several times and has sent a draft Rule 16 Scheduling Memorandum for Respondent's counsel's review and comment.

4. Since Respondent's counsel was not available to discuss the draft Rule 16 Scheduling Memorandum this week due to a previously scheduled vacation, the parties were scheduled to conduct their Rule 26(f) conference on the morning of August 22, 2008; however, Respondent's counsel's husband was hospitalized and Respondent's counsel was unavailable for the meeting.

5. Given Respondent's counsel's personal commitments at this time, the parties would like additional time to file their Rule 16 Scheduling Memorandum.

6. Respondent's counsel does not object to this request.

**WHEREFORE,** Petitioner and Respondent request that this Court enlarge the time for Plaintiff to file its Rule 16 Scheduling Memorandum until August 29, 2008 and continuing the date for the Scheduling Conference until September 3, 2008.

          Respectfully submitted,

          JOHN A. GRIFFIN,

          By:     /s/ Steven V. Hunter
                  One of His Attorneys

Monica Maria Tynan, ARDC # 06210307
mtynan@quarles.com
Steven Vertel Hunter, ARDC # 6277695
shunter@quarles.com
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
(312) 715-5000

QBACTIVE\090022.01134\6459237.1    2