# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOHN A. GRIFFIN, )<br>)<br>   Petitioner, )<br>)<br>v. )<br>)<br>TANYA GRIFFIN )<br>)<br>   Respondent. ) | Case No. 08 C 3323 |

## NOTICE OF MOTION

TO: Nancy C. Murphy, Esq.
   Nancy C. Murphy & Associates
   111 North Wabash, Suite 2118
   Chicago, IL 60602

  PLEASE TAKE NOTICE that on Thursday, August 28, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge David H. Coar, or any Judge who may be sitting in his place and stead, in Courtroom 1419, in the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Unopposed Motion to Extend the Time to File Rule 16 Scheduling Memorandum,** a copy of which is hereby served upon you.

Dated: August 22, 2008         Respectfully submitted:

                   /s/ Steven V. Hunter
                   By one of the attorneys for Petitioner
                   John A. Griffin

Monica Maria Tynan, ARDC # 06210307
mtynan@quarles.com
Steven V. Hunter, ARDC # 6277695
shunter@quarles.com
Quarles & Brady LLP
500 West Madison Street, Suite 3700
Chicago, IL 60661-2511
(312) 715-5000

QBACTIVE\090022.01134\6460072.1

## **CERTIFICATE OF SERVICE**

   I, Steven V. Hunter, an attorney of record, hereby certify that on the 22nd day of August, 2008, a copy of the foregoing **Notice of Motion and Unopposed Motion to Extend the Time to File Rule 16 Scheduling Memorandum** were filed electronically using the Court's CM/ECF system. Notice of this filing will be served upon:

    Nancy C. Murphy, Esq.
    Nancy C. Murphy & Associates
    111 North Wabash, Suite 2118
    Chicago, IL  60602

by causing same to be placed in a properly addressed envelope, first class postage prepaid and depositing same in a United States mail depository located at 500 West Madison Street, Chicago, Illinois, on this 22nd day of August, 2008.

          /s/ Steven V. Hunter
          Steven V. Hunter

QBACTIVE\090022.01134\6460072.1