*MHN*

08cv3323

**FILED**
AUG 2 6 2008
8-26-2008
Judge David H. Coar.
United States District Court

## FORM

[ADD: CASE HEADING] John Griffin v. Tanya Griffin
Case #: 08 C 3323

### REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, ___Magistrate Steven Hunter___ representing plaintiff(s), and ___Steven Hunter Natalie Weidenrier___ representing the defendant(s), met on ___Natalie Weidenrier August 26, 2008___ pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. Pre-trial conference/settlement conference
2. Deposition of John Griffin
3. Deposition of Tanya Griffin
4.
5.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.
2.
3. N/A
4.
5.

C.  Discovery will be needed on the following subjects:

1. Nature of Tanya Griffin and the minor children's departure from Ireland
2. Whether John Griffin consented to the same
3.
4.

D.  Discovery ~~should~~/should not be conducted in phases.

E.  Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes _____ No ✓

F.  The parties consent/~~do not consent~~ to this matter being referred to the Magistrate Judge for final disposition.

G.  The parties have discussed the possibility of alternative dispute resolution and concluded:

    It would be beneficial

H.  The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $ N/A , and the defendant has offered $ N/A .

I.  The Court should consider the following methods of expediting the resolution of this matter:

    N/A

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Judge Coar
04/2008
this form should be e-filed on the docket