UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

John A. Griffin
              Plaintiff,

v.                                              Case No.: 1:08−cv−03323
                                                         Honorable David H. Coar

Tanya Griffin
              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: settlement conference.(pm, )Mailed notice.

Dated: September 2, 2008

                                                                                       /s/ David H. Coar

                                                                           United States District Judge